UNITED STATES DISTRICT COURT

Western District of Washington

| | |
|---|---|
| In re:<br>HACKETT LAW FIRM, LLC;<br>HACKETT, RYAN;<br>ZOOK, ROSEMARY;<br>STEGEMEIER, PAULA<br>Defendants<br><br>COERS MITCHELL LAW LLC<br>2100 NE Broadway, Suite 105<br>Portland, OR 97232<br><br>RONALD A. OWEN<br>347 Dora Ave.<br>Bremerton, WA 98312<br>360-265-2405 (modelshop@hushmail.com)<br>Plaintiff/Creditor | Case No:<br><br>C18 5760<br><br>MALPRACTICE<br>COMPLAINT<br>FOR FRAUD |

Comes now Plaintiff, Ronald Owen, and files his complaint against HACKETT LAW FIRM, LLC ("Hackett LLC") of Vancouver, WA and individual defendants as listed to hold legally accountable for actions under Title 18, U.S.C.

## INTRODUCTION

1) This court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 et al, regarding a series of overtly fraudulent and deceptive practices by Hackett LLC in related proceedings on behalf of third-party Debtor(s)/Defendant(s) in the United States Bankruptcy Court, District of Oregon (Portland)[1].

2) These false acts herald a culture of affirmative misconduct by Hackett LLC: Counsel Ryan Hackett ("Counsel"), Rosemary Zook ("Barrister"), and Legal Assistant Paula Stegemeier ("Legal Assistant").

3) Plaintiff has filed a separate Adversary Proceeding[2], in which a *de facto* corporation[3] between related third parties is utilized to shield assets. The parties consist of JENNIFER ANN MCCAW ("Jen McCaw"), her husband ALAN MCCAW and THOMAS O. REGAN, (SSN: xxx-xx-8753/DOB: xx-xx-1964).

---

[1] mover case no. 18-30916-dwh7; [2] adversary case number 18-03057-dwh; [3] *Tres faciunt collegium*; "three form a corporation" / Black's Law, 8th Ed.

(2)

4) Hackett LLC represents Jen McCaw in both primary and Adversary Proceedings. Neither two of the other third party members is represented.

**Filing practices by Hackett LLC:**

5) Explicit or intimated instruction to Jen McCaw that preference recoveries in the amount of $727.09 would be recaptured to offset an installment payment obligation to Hackett LLC;

6) Tampering with and made false statements on official Form 106 A/B (exhibit 'B').

**Recapture practices by Hackett LLC:**

7) From March 19, 2018 to May 25, 2018, Hackett LLC individual defendants engaged Plaintiff repeatedly for the return of $723.09 (727.09). Tactics included:

    a) Barrister demand for funds under threat of litigation (exhibit 'C');

    b) Legal Assistant demand for funds (exhibit 'D');

    c) Barrister admitting fraudulent practice (exhibit 'E');

    d) Barrister reverting to litigation threat after Creditor objected under statute (exhibit 'F').

**Discovery practices by Hackett LLC:**

8) Barrister granted consent to disclose[3] all matters, including sealed financial documents[4] revealed by Jen regarding Regan (exhibit 'G');

9) Barrister issued final denial of document possession on May 25, 2018 (exhibit 'H').

**Thereafter the Plaintiff asserts:**

10) Creditor queried online personal registries and discovered corroborating evidence contradicting counsel claims (see exhibit 'J');

11) Creditor challenged Counsel, lastly on June 15, 2018;

12) Barrister avoided comment on discovery allegations placed at a July 31, 2018 pre-trial conference [4].

---

[3] Rule 2004; (discovery pursuant to Fed R. Bankr. P. 7026-1(a)(2)); [4] "avoid unnecessary proof", FRCP 16(c)(2)(C).

(3)

**As a result of multiplied efforts, the Plaintiff asserts:**

13) Delay filing timely objection to discharge[1] under 11 U.S.C. §727;

14) Discharge order on August 2, 2018;

15) Sanction motion pending on jurisdiction.

**As defined under 18 U.S.C. §151, the Plaintiff charges against Hackett LLC individual defendants:**

16) Fixing the fees under 18 U.S.C. §155;

17) Form tampering under 18 U.S.C. §1519;

18) Falsified statements under 18 U.S.C. §1001(a);

19) Concealment of assets under 18 U.S.C. §152(1);

20) Bankruptcy fraud under 18 U.S.C. § 157, et al.

**Under 18 U.S.C. §3284, the concealment of assets in bankruptcy is an ongoing issue.** These deliberate acts do not vitiate any rights or remedies.

Plaintiff demands compensatory and punitive damages in the amount of 250,000 USD from Hackett LLC. Plaintiff reserves the right to seek compensatory and punitive damages from individual defendants.

_____   19 Sept. 2018
Plaintiff                   Date

---

[1] Fed R. Bankr. P. 4004(a).

# Plaintiff exhibit 'B'

Debtor 1   **Jennifer Ann McCaw**                                        Case number *(if known)*

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                           Beneficiary:                 Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    | Potential counter-claim against Ronald Owen for fraud/improper collection on judgment against Ms. McCaw's estranged husband | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes. Give specific information..

    | Estimated wages owed at time of filing | $1,340.00 |

    | Preference Recovery Payment: Ronald Owen vs. Alan McCaw & Jennifer Ann McCaw Case No: 17CV05870 | $727.09 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................ **$35,822.12**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7** Describe All Property You Own or Have an Interest in That You Did Not List Above

Plaintiff exhibit 'C'

# HACKETT LAW FIRM LLC

*Attorneys At Law*

Ryan P. Hackett*
Rosemary E. Zook
*Licensed in Oregon & Washington

*1500 NW Bethany Blvd. Suite 288*
*Beaverton, OR 97006*
*PH: 503-352-3690   FAX: 503-601-0469*
*www.pacificbankruptcy.com*

March 19, 2018

Ronald Owen
347 Dora Ave
Bremerton, WA 98312

        RE:    **Ronald Owen. vs. Alan McCaw & Jennifer McCaw**
                  **Case No:17CV05870**
                  **Wage Garnishment & Bankruptcy Filing**

Dear Mr. Owen,

I represent **Jennifer Ann McCaw** in a pending Chapter 7 case filed in the District of Oregon (case number **18-30916-dwh7**). The chapter 7 case was filed on **March 16, 2018.**

Our records indicate that you received funds from a wage garnishment that totaled **$723.09** in the 90 days before the bankruptcy case was filed.

The funds received were within the preference period and are recoverable by the Debtor. The preference payment is disclosed in Schedule B of the bankruptcy filing and fully exempted in schedule C. Therefore, the Debtor is entitled to pursue the preference and we request that the amount of **$723.09** is returned by you to our office in care of **"Trust Account of Jennifer Ann McCaw"** with 10 days of receiving this letter.

If our office fails to receive the funds within 10 days we will pursue the garnished funds by filing an Adversary Proceeding in this case, which may result in additional costs to you of attorney fees and costs.

If you have any questions or concerns regarding this, please contact me by phone, email or letter.

Sincerely,

/s/ Rosemary Zook

Rosemary Zook
Attorney at Law

Plaintiff exhibit 'D'

arrive by Monday.

Kind regards,

Ron

Sent using Hushmail

On 4/3/2018 at 2:30 PM, "Paula Stegemeier" <paula@hhlawsite.com> wrote:

>Mr. Owen,
>
>On 3/19/18 our office mailed you the attached letter requesting funds
>be issued back to our client Ms. McCaw. Our records indicate that you
>received funds from a wage garnishment that totaled $723.09 in the 90
>days before the bankruptcy case was filed. The funds received were
>within the preference period and are recoverable by the debtor.
>
>Please let me know the status of returning these funds per the
>instructions on the letter.
>
>Sincerly,
>
>Paula Stegemeier
>Legal Assistant
>Hackett Law Firm, LLC
>Beaverton | Portland | Vancouver, WA
>Main Office: 1500 NW Bethany Blvd. Suite #288 Beaverton, OR 97006
>Oregon 503-352-3690 Washington 360-213-2722 Fax: 503-601-0469
> www.pacificbankruptcy.com
>
>Connect with us!
>Facebook:
> www.facebook.com/pacificbankruptcy <http://www.facebook.com/pacificb
>ankruptcy>
>Twitter:
> www.twitter.com/PacificBK <http://www.twitter.com/PacificBK>
>
>NOTICE: This email communication may contain legally privileged or
>other confidential communications. It is intended only for the benefit
>of the sender and the intended recipient. If you receive this
>communication in error, please delete immediately. Any unauthorized
>disclosure of information intended as privileged or confidential may
>result in damages and/or legal action.

Back to Inbox | Reply | Reply all | Forward | Mark unread | Move | Delete | Report spam

View as: Mobile | Desktop

← Previous 63 of 179 Next →

Plaintiff exhibit 'E'

- Back to Inbox | Reply | Reply all | Forward | Mark unread | Move | Delete | Report spam

### RE: FW: FW: McCaw, Case No: 18-30916-dwh7 Preference Recovery Status

Rosemary Zook to modelshop (123 days ago) show details  create a rule

Mr. Owen,

I think you are referring to the potential claim against you that was listed on Schedule B. We are required to list all potential assets in a bankruptcy case, which is why this was disclosed. Had Ms. McCaw failed to disclose this potential claim, she could have been denied a bankruptcy discharge. Ms. McCaw has no intention of pursuing this potential claim against you and harbors no ill will. We were merely complying with the rules for case preparation. She is hopeful that you will be able to recover the amounts owed to you from the other parties.

If you prefer not to attend tomorrow's hearing, I am happy to mail the car title back to you via certified mail, and you can mail the check to us representing return of the funds garnished prior to Ms. McCaw's case being filed.

Please let me know if you have any other questions or concerns.

Thank you.

Rosemary Zook
Attorney at Law
Hackett Law Firm, LLC
Beaverton | Portland | Vancouver, WA
Main Office: 1500 NW Bethany Blvd. Suite #288 Beaverton, OR 97006
Oregon : 503-352-3690 Washington : 360-213-2722  503-601-0469
www.pacificbankruptcy.com

Read Reviews: https://www.customerlobby.com/reviews/13225/hackett-law-firm-llc

Follow us on Twitter: https://twitter.com/PacificBK

NOTICE: This email communication may contain legally privileged or other confidential communications. It is intended only for the benefit of the sender and the intended recipient. If you receive this communication in error, please delete immediately. Any unauthorized disclosure of information intended as privileged or confidential may result in damages and/or legal action.

-----Original Message-----
From: modelshop@hushmail.com [mailto:modelshop@hushmail.com]
Sent: Wednesday, April 18, 2018 11:17 AM
To: Rosemary Zook <rzook@hhlawsite.com>
Subject: RE: FW: FW: McCaw, Case No: 18-30916-dwh7 Preference Recovery Status

Rosemary;

There is an insertion of dictum between lines 35/36 on form 106 A/B.  Remove this stipulation immediately.

Please bring both insurance documents as they are germane to Claim 4.6.

Thank you.

Ron

Plaintiff exhibit 'F'

# Hushmail

| Check mail | Compose |

**Inbox**
- Sent
- Drafts
- Junk
- Trash
- Match

Manage folders

← Back to Inbox | Reply | Reply all | Forward | Mark unread | Move | Delete | Report spam

Search this folder

← Previous 42 of 179 Next →

## FW: FW: McCaw, Case No: 18-30916-dwh7 Preference Recovery Status

Rosemary Zook to modelshop (109 days ago)   show details   create a rule

Mr. Owen,

I am following up on our demand for a return of garnished funds. Please let me know when you intend to tender payment. Since you continue to delay payment, I am in the process of drafting a complaint to file with the bankruptcy court and we will be seeking attorney fees.

Sincerely,

Rosemary Zook
Attorney at Law
Hackett Law Firm, LLC
Beaverton | Portland | Vancouver, WA
Main Office: 1500 NW Bethany Blvd. Suite #288 Beaverton, OR 97006
Oregon : 503-352-3690 Washington : 360-213-2722  503-601-0469
www.pacificbankruptcy.com

Read Reviews: https://www.customerlobby.com/reviews/13225/hackett-law-firm-llc

Follow us on Twitter: https://twitter.com/PacificBK

NOTICE: This email communication may contain legally privileged or other confidential communications. It is intended only for the benefit of the sender and the intended recipient. If you receive this communication in error, please delete immediately. Any unauthorized disclosure of information intended as privileged or confidential may result in damages and/or legal action.

-----Original Message-----
From: Rosemary Zook
Sent: Monday, April 23, 2018 9:38 AM
To: 'modelshop@hushmail.com' <modelshop@hushmail.com>
Subject: RE: FW: McCaw, Case No: 18-30916-dwh7 Preference Recovery Status

Mr. Owen,

A garnishment does not represent ordinary business dealings. Since you do not appear to be complying with my written request for return of funds, I am drafting a complaint to file with the bankruptcy court. Once we prevail on this proceeding, I will be able to request the court to enter a judgment in our favor for the garnished funds, plus attorney fees and court costs. I suggest, again, that you seek legal advice.

Sincerely,

Rosemary Zook
Attorney at Law
Hackett Law Firm, LLC
Beaverton | Portland | Vancouver, WA
Main Office: 1500 NW Bethany Blvd. Suite #288 Beaverton, OR 97006 Oregon : 503-352-3690 Washington : 360-213-2722  503-601-0469 www.pacificbankruptcy.com

Plaintiff exhibit 'G'

-----Original Message-----
From: Rosemary Zook
Sent: Wednesday, May 02, 2018 11:57 AM
To: 'modelshop@hushmail.com' <modelshop@hushmail.com>
Subject: RE: FW: FW: McCaw, Case No: 18-30916-dwh7 Preference Recovery Status

Mr. Owen,

I have not received anything from you and cannot tell you what you need to do procedurally. As soon as I got your email below, though, I reached out to Jennifer to see what documents she has possession of so we can avoid you having to take additional steps. As I have mentioned in the past, she is more than willing to assist you with anything you need to pursue the other parties so it should not be necessary for you to request a 2004 examination. I will be in touch as soon as I have more information for you.

Thank you.

Rosemary Zook
Attorney at Law
Hackett Law Firm, LLC
Beaverton | Portland | Vancouver, WA
Main Office: 1500 NW Bethany Blvd. Suite #288 Beaverton, OR 97006 Oregon : 503-352-3690 Washington : 360-213-2722 F: 503-601-0469 www.pacificbankruptcy.com

Read Reviews: https://www.customerlobby.com/reviews/13225/hackett-law-firm-llc

Follow us on Twitter: https://twitter.com/PacificBK

NOTICE: This email communication may contain legally privileged or other confidential communications. It is intended only for the benefit of the sender and the intended recipient. If you receive this communication in error, please delete immediately. Any unauthorized disclosure of information intended as privileged or confidential may result in damages and/or legal action.

-----Original Message-----
From: modelshop@hushmail.com [mailto:modelshop@hushmail.com]
Sent: Wednesday, May 02, 2018 11:52 AM
To: Rosemary Zook <rzook@hhlawsite.com>
Subject: Re: FW: FW: McCaw, Case No: 18-30916-dwh7 Preference Recovery Status

Rosemary,
I had the opportunity to speak with Amy on Monday and she suggested a 2004 filing to subpoena Jennifer to produce the insurance/financial letters she possesses on Tom Regan.

Insofar as our legal opinions differ on Title 11, section 522, section 523 specifically restricts exemptions on funds derived through fraud, especially fiduciary.

The extent of the estate transcends the scope of discovery, previously allotted.

I mailed a discovery packet to you several weeks back, this pertains to the tax haven scams, internationally. Amy was also mailed one.

Do you know if I need to file a proof of service with the bankruptcy court for the 2004 filing?

Ron

Plaintiff exhibit 'H'

- Sent
- Drafts
- Junk
- Trash
- Match

Manage folders

Back to Inbox | Reply | Reply all | Forward | Mark unread | Move | Delete | Report spam

## RE: Jennifer McCaw

Rosemary Zook to modelshop (86 days ago) show details  create a rule

Mr. Owen,

Ms. McCaw does not know what you are talking about and does not have anything in her glove box. Can you please be more specific about what you are looking for?

I do not have access to Alan's personal information- he is not my client.

Ms. McCaw has not initiated formal divorce proceedings at this point so there is no case number.

Sincerely,

Rosemary Zook
Attorney at Law
Hackett Law Firm, LLC
Beaverton | Portland | Vancouver, WA
Main Office: 1500 NW Bethany Blvd. Suite #288 Beaverton, OR 97006
Oregon : 503-352-3690 Washington : 360-213-2722 F: 503-601-0469
www.pacificbankruptcy.com

Read Reviews: https://www.customerlobby.com/reviews/13225/hackett-law-firm-llc

Follow us on Twitter: https://twitter.com/PacificBK

NOTICE: This email communication may contain legally privileged or other confidential communications. It is intended only for the benefit of the sender and the intended recipient. If you receive this communication in error, please delete immediately. Any unauthorized disclosure of information intended as privileged or confidential may result in damages and/or legal action.

-----Original Message-----
From: modelshop@hushmail.com [mailto:modelshop@hushmail.com]
Sent: Friday, May 25, 2018 12:15 PM
To: Rosemary Zook <rzook@hhlawsite.com>
Subject: Re: Jennifer McCaw

Rosemary,

I still haven't heard back regarding my information requests. At this time, I've completed the forms (w/citations) to continue without the immediate need for Jen's insurance envelopes (helpful but not required).

This adversarial complaint is substantially complete, but having Alan's SSN would be helpful (and save me $50). Also, I will need the case number for Jen's divorce.

Expect to receive a proof-of-service notice in the mail shortly.

Kind regards,

Ron

Sent using Hushmail

Plaintiff exhibit 'J'

## whitepages PREMIUM

My Dashboard

| PERSON | REVERSE PHONE | REVERSE ADDRESS | EMAIL |
|---|---|---|---|
| e.g. Genesis P Gerridge | | City, State | |

**EXTENDED FAMILY**
Betty M Regan
Beverly P Regan
Brandon T Regan
James C Regan
Janet Elaine Regan

3 More Extended Family Members
29 More People Linked By Address
67 More People Linked By Business transaction

DETAILS

### ADDRESS & PROPERTY HISTORY

**NEW** SEPTEMBER 2014 - JUNE 2018
7960 Sw Abelia Pl
Beaverton, OR 97008

JUNE 2011 - MARCH 2018
4931 Sw 76th Ave
Portland, OR 97225

MAY 1996 - FEBRUARY 2017
8885 Sw Canyon Rd Ste 119
Portland, OR 97225

MARCH 2014 - MAY 2014
Po Box 6823
Boise, ID 83707

DECEMBER 2006 - MARCH 2014
17874 Tamara Ct
Lake Oswego, OR 97035

4 Residences in the Last 10 Years
Owned 3 Properties
2 Evictions in 14 Years
15 More Addresses

DETAILS

### CRIMINAL, LEGAL & FINANCIAL HISTORY

**NEW** Legal or financial issues in the past

6 Guilty Records